UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-cr-284 (MJD /SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Bill Africanus Wesseh, | |
| Defendant. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 19, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's motion to suppress eyewitness identifications (Docket No. 18) is DENIED; and

2. Defendant's motion to suppress the fruits of the warrantless search of the apartment and of his warrantless arrest (Docket Nos. 19 (unredacted version) and 22 (redacted version) is DENIED.

DATED: February 8, 2007.

                                                    s/Michael J. Davis
                                                   Judge Michael J. Davis
                                                   United States District Court Judge